**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1029**

_____

In Re:  JAMAL A. AZEEZ,

                    Petitioner.

-------------------------

FRANCIS M. CURNUTTE, III, Attorney at Law,

                    Respondent.

_____

On Petition for Writ of Mandamus.
(5:06-cv-00106)

_____

Submitted:  May 18, 2012                    Decided:  May 31, 2012

_____

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Jamal A. Azeez, Petitioner Pro Se.  Francis M. Curnutte, III,
FARMER, CLINE & CAMPBELL, PLLC, Charleston, West Virginia, for
Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal A. Azeez petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 42 U.S.C. § 1983 (2006) action. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED